IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CHRISTY WILLIAMS** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:20cv22-JCB** |
| | § | |
| **AMERICAN HONDA MOTOR** | § | |
| **CO., INC.** | § | |

## MEDIATION REPORT

The undersigned convened a mediation in the above-entitled case on March 21, 2022. All

necessary parties were present.  The mediation resulted in an impasse.

**So ORDERED and SIGNED this 21st day of March, 2022.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE